UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARY JANE OLIVAREZ, | Case No.: 4:10-cv-03603-LB |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| FIRST SOURCE ADVANTAGE, LLC, | |
| Defendant. | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 20, 2010

_____
The Honorable Judge
United States District Judge

*(Stamp: IT IS SO ORDERED / Judge Laurel Beeler / United States District Court, Northern District of California)*